## John L. Stone, Appellee, v. Clara Marie Stone, Appellant.

Gen. No. 9,520.

opinion filed February 24, 1947; released

for publication March 24, 1947. Jacoby, Patton, Manns & Coppinger, for appellant; H. W. Patton, J. F. McGinnis and A. H. Petitt, of counsel; Murphy & Murphy and Rinaker & Smith, for appellee; James H. Murphy and S. O. Smith, Jr., of counsel. Opinion by JUSTICE HAYES. Not to be published in full.